**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CRAIG R. SMITH,                                    )
                                                   )     Case No. 2:17-cv-02092-JCM-NJK
                          Plaintiff(s),            )
                                                   )     **ORDER**
vs.                                                )
                                                   )     (Docket No. 1)
NANCY A. BERRYHILL,                                )
Acting Commissioner of Social Security,            )
                                                   )
                          Defendant(s).            )
_____  )

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*, (Docket No. 1), and submitted a Complaint (Docket No. 1-1).

**I.      Application to Proceed *In Forma Pauperis***

Plaintiff has submitted the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them. Docket No. 1. Accordingly, the request to proceed *in forma pauperis* will be granted pursuant to § 1915(a). The Court will now review Plaintiff's Complaint.

**II.     Screening the Complaint**

When a party seeks permission to pursue a civil case *in forma papueris*, courts will screen the complaint pursuant to federal statute. *See* 28 U.S.C. § 1915(e). Plaintiff's counsel has submitted the same form complaint that has been found insufficient on numerous occasions. *See, e.g.*, *Chaplin v. Berryhill*, 2017 U.S. Dist. Lexis 114690, at *6 (D. Nev. July 21, 2017) (collecting cases). For the same reasons, Plaintiff's complaint here is deficient.

### III.  Conclusion

Based on the foregoing, IT IS ORDERED that:

1.  Plaintiff's request to proceed *in forma pauperis* is **GRANTED** with the caveat that the fees shall be paid if recovery is made.  At this time, Plaintiff shall not be required to pre-pay the filing fee of four hundred dollars ($400.00).

2.  Plaintiff is permitted to maintain the action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of a security therefor. The Order granting leave to proceed *in forma pauperis* shall not extend to the issuance of subpoenas at government expense.

3.  The Clerk of Court shall file the Complaint.

4.  The Complaint is **DISMISSED** with leave to amend.  Plaintiff will have until **August 16, 2017**, to file an Amended Complaint, if Plaintiff believes he can correct the noted deficiencies.

Dated: August 2, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE