Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LMoreno@shookandstone.com

Attorneys for Plaintiff
CRAIG R. SMITH

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG R. SMITH, | Case No.: 2:17-cv-02092-JCM-NJK |
| Plaintiff, | ~~PROPOSED~~ ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (Docket No. 17) |
| Defendant. | |

The Court GRANTS the parties' stipulation. Docket No. 17.

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 6, 2017, in which to file Plaintiff's motion for reversal

-1-

1  and/or remand; and that all other deadlines set forth in the October 30, 2017 Case
2  Management Order shall be extended accordingly.  IT IS SO ORDERED.
3  DATE   November 30, 2017

       _____
4      THE HONORABLE NANCY J. KOPPE
       UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing

*/s/Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff