STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

SHARON LAHEY, CSBN 263027
Assistant Regional Counsel
U.S. Social Security Administration
California State Bar No. 263027
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| CRAIG R. SMITH, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> NANCY A. BERRYHILL, Acting Commissioner ) <br> Of Social Security, ) <br><br> Defendant. ) | Case No. 2:17-cv-02092-JCM-NJK <br><br> **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME** |

NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner) hereby moves this Honorable Court to grant her unopposed motion for a seven-day extension of time to file her response to Craig R. Smith's (Plaintiff) motion for reversal and/or remand (Docket Number 19). The current deadline is January 5, 2018, and the new deadline would be January 12, 2018. This is the second extension of time requested in the above-captioned matter, and it is Defendant's first request for extension of time. Defendant requests this additional time due to unanticipated medical leave. Plaintiff's counsel has stated that Plaintiff does not oppose the

Commissioner's request for additional time. The Commissioner further respectfully requests that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

Dated: January 4, 2018

STEVEN W. MYHRE
United States Attorney


By: ___*/s/ Sharon Lahey*___
SHARON LAHEY
Assistant Regional Counsel

## <u>ORDER</u>

Pursuant to Defendant's motion and the parties' agreement, IT IS SO ORDERED. Defendant shall file her response to Plaintiff's motion for reversal and/or remand or before January 12, 2018. All other deadlines are modified accordingly.


Dated: __January 4, 2018_____

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE